## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel* **BETTY JEAN SWARTZ** | : : : | |
| *Plaintiff* | : : : | Civil Action No. 18 CV 3583 |
| v. | : : : | |
| **CELGENE CORPORATION** 86 Morris Avenue Summit, New Jersey 07901 | : : : : | **JURY TRIAL DEMANDED** |
| *Defendant* | : : | |

### NOTICE OF DISMISSAL PURSUANT TO Fed.R.Civ.P. 41(a)(1)(A)(i)

TO CLERK OF COURT:

    Relator, with the consent of the United States of America, hereby files this Notice of Dismissal of the claims in this matter without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). The United States of America provided consent to the filing of this Notice of Dismissal without prejudice.

    Respectfully submitted,

Dated: March 26, 2020      By:   /s/ David P. Heim
                                                         David P. Heim, Esquire
                                                         **BOCHETTO & LENTZ, P.C.**
                                                         1524 Locust Street
                                                         Philadelphia, PA 19102
                                                         (215) 735-3900
                                                         dheim@bochettoandlentz.com

                                                        *Attorney for Relator*

## **CERTIFICATE OF SERVICE**

  I, David P. Heim, Esquire, hereby certify that a true and correct copy of the within *Notice of Dismissal* has been served upon all counsel of record on this 26th day of March, 2020 via ECF notification.

                **BOCHETTO & LENTZ, P.C.**

      By:  /s/ David P. Heim
          David P. Heim, Esquire