IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BETTY JEAN SWARTZ,<br><br>    *Plaintiff-Relator*,<br><br>    v.<br><br>CELGENE CORPORATION,<br><br>    *Defendant*. | Civil Action No. 18-cv-3583 |

**PROPOSED** ORDER

AND NOW, on this __30th__ day of __March__, 2020, the United States having declined to intervene in this action under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Relator having filed a Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the United States having filed a notice of consent to dismissal:

IT IS ORDERED that the complaint is dismissed, without prejudice as to the United States.

BY THE COURT:

/s/ Berle M. Schiller
_____
Berle M. Schiller, J.